# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. MUFFLEY<br>    Petitioner, | : | |
| v. | : | CIVIL ACTION<br>NO. 15-152 |
| SUPERINTENDENT CAMERON;<br>THE PENNSYLVANIA ATTORNEY<br>GENERAL; and, THE DISTRICT<br>ATTORNEY OF NORTHAMPTON<br>COUNTY PENNSYLVANIA<br>    Respondents. | : : : | |

## ORDER

AND NOW, this 10th day of January, 2018, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and the Amended Petition (Doc. Nos. 1, 3); the Response to Petition for Writ of Habeas Corpus (Doc. No. 9); Petitioner's Reply (Doc. Nos. 10, 11); and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin (Doc. No. 12), it is hereby ORDERED that:

1. The R&R is APPROVED and ADOPTED;
2. The Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing;
3. There is no probable cause to issue a Certificate of Appealability; and,
4. The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II  J.