IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM J. MUFFLEY<br>*Petitioner*, | : | |
| v. | : | |
| SUPERINTENDENT CAMERON;<br>THE PENNSYLVANIA ATTORNEY<br>GENERAL; and THE DISTRICT<br>ATTORNEY OF NORTHAMPTON<br>COUNTY PENNSYLVANIA<br>*Respondents*. | :<br><br>: | CIVIL ACTION<br>NO. 15-152 |

# **ORDER**

AND NOW, this 18th day of May 2020, upon careful and independent consideration of the Petition for Writ of Habeas Corpus and the Amended Petition (ECF Nos. 1, 3); the Response to Petition for Writ of Habeas Corpus (ECF No. 9); Petitioner's Reply (ECF Nos. 10, 11); the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin (ECF No. 12); Petitioner's Objections to the R&R (ECF No. 18); and, the Response to said Objections (ECF No. 19), IT IS HEREBY ORDERED as follows:

(1) The R&R (ECF No. 12) is APPROVED and ADOPTED;

(2) The Petition and Amended Petition for Writ of Habeas Corpus (ECF Nos. 1, 3) are DENIED with prejudice and DISMISSED without an evidentiary hearing;

(3) Petitioner's Objections (ECF No. 18) are OVERRULED; and,

(4) There is no probable cause to issue a Certificate of Appealability.

BY THE COURT:

/s/ C. Darnell Jones, II   J.